Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Suite # 110
Las Vegas, NV  89117
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, as Trustee for MANA 2007-A3, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31995-MKN |
| | ) |
| George J. Giordano, | ) Chapter  7 |
| | ) |
| | ) DATE:  2/17/10 |
| Debtor. | ) TIME:    1:30 pm |
| | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **ORDER TERMINATING AUTOMATIC** |
| | ) **STAY** |
| | ) |

<u>**CERTIFICATE OF SERVICE**</u>

On 2/24/2010, I served the foregoing **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Robert E Atkinson
r.atkinson@kupperlin.com

TRUSTEE
James F. Lisowski, Sr
jfltrustee@aol.com

///

U.S. Trustee-LV-7
USTPRegion17.LV.ECF@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Fabela
Enrique Fabela

On 2/24/2010, I served the foregoing **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
George J. Giordano
9263 Sunny Oven Court
Las Vegas, NV 89178


HSBC Auto Finance Department
Attn: Managing Agent
PO Box 201347
Arlington, TX 76006

Americas Servicing Co
Attn: Bankruptcy
1 Home Campus
Des Moines, IA 50328

Compass Bank (Secured) Department
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

HSBC Bank USA
c/o McCarthy Holthus LLP
811 South Sixth Street
Las Vegas, NV 89101

///

US Bank
Attn: Managing Agent
60 Livingston Avenue
Saint Paul, MN 55107

    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

          /s/ David Fry
          David Fry