
**Entered on Docket**
**March 10, 2010**



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN  11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: 2/24/2010

Attorney for Secured Creditor,
HSBC Bank USA, as Trustee for MANA 2007-A3, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31995-MKN |
|  | ) |
| George J. Giordano, | ) Chapter  7 |
|  | ) |
| Debtor. | ) DATE:  2/17/10 |
|  | ) TIME:   1:30 pm |
|  | ) |
|  | ) **ORDER TERMINATING** |
|  | ) **AUTOMATIC STAY** |
| _____ | ) |

    The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 7073 Orange Grove Lane, Las Vegas, NV 89119.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Seth J. Adams
Seth J. Adams, Esq.
9510 West Sahara Suite #110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Emailed 02/21/10 – no response received*
James F. Lisowski, Sr
POB 95695
Las Vegas, NV 89193

*Rev. 12.09*                                                                 M&H File No. NV-09-18037
                                                                                                 09-31995-mkn

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: James F. Lisowski - Emailed 02/21/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Seth J. Adams
Seth J. Adams, Esq.

### 

*Rev. 12.09*     M&H File No. NV-09-18037
                 09-31995-mkn